UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
)
PAVEL SAVENOK, ) CASE NO. 15 B 05998
)
Debtor )

## FINAL PRETRIAL ORDER

1. Objection of EL Funding Partnership, LLC to Confirmation of Third Amended Plan (Dkt #165)
2. Motion of EL Partnership, LLC to Convert Case to Chapter 7 (Dkt. #168)

On December 1, 2016, there was a status conference held in Chicago, Illinois.

### ADMISSIONS

All well pleaded facts admitted in the pleadings are admitted into evidence, unless objections are filed to relevance or prejudice at least 7 calendar days prior to trial.

### STIPULATIONS

To the extent reasonably possible, the parties will stipulate in writing to facts and documents, and their said stipulation is admitted into evidence. Copies of stipulated documents should be appended thereto. Pretrial conference set December 9, 2016, at 11:00 a.m. to report status of stipulations as to facts and documents.

### EXHIBITS AND DEPOSITIONS

At least **10** calendar days prior to the trial date, all parties are to exchange among themselves and also deliver to the Court in chambers copies of all exhibits they intend to introduce in evidence. **Each exhibit must be clearly numbered, tabbed, and contained in a binder**.

Each party shall clearly number each proposed exhibit and deposition transcript sought to be used in the order of its probable presentation at trial. Each document must be given a separate exhibit number. Prepare a list of those numbered exhibits with a very brief identification of each. Copies of those exhibit lists shall be exchanged among the parties and delivered to the Court in chambers with copies of the exhibits listed, and the original exhibit lists shall be filed with the Clerk with proof of service.

If there is any objection to any exhibit so listed and exchanged, each objection must be stated in writing and filed and served **5** calendar days before trial. If no written objection is made to the Court and copy of the objection served on the proponent within **5** calendar days before trial, such

exhibits will be received in evidence without any further authentication or hearing as to relevance or any other issue. If objections are filed, only those express objections filed will be considered and all other possible objections are deemed waived.

If deposition transcripts are to be offered, portions offered by each party will be separately color-coded on the face thereof, and each portion objected to will be bracketed on the face thereof by an objector's color code, so that the Court may see the portions offered and objected to by each party merely by examining the transcript. If the whole transcript is to be offered without objection, then no markings will be made. However, in that event, the proponent will also tender an abstract of the deposition.

All original exhibits (or copies marked and used as originals) will be held by the party offering same, and leave is given to withdraw same after they are admitted into evidence. The copies thereof delivered to the Court will be held by the Court until the ruling is given, and then discarded. The Court's copies will not be returned to counsel or the clerk.

## WITNESSES

At least **10** calendar days prior to the trial date, the parties are to exchange and file with the Clerk of Court lists of the names and all witnesses they intend to present at trial, together with a brief summary of each separate area of testimony said each such witness will present. Copies of those lists will also be delivered to the Court in chambers. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be filed within **5** calendar days after receipt of the witness list required by this paragraph.

## EXPERT AND RULE 701 WITNESSES

If any parties are to use expert witnesses or lay witnesses to testify under Federal Evidence Rule 701 at trial, those witnesses should be identified on a special witness list filed 14 days before trial, with their written reports and opinions appended thereto. If no such written reports or opinions exist, then **14** calendar days before trial, the party offering such expert(s) or Rule 701 witness(es) shall for each such witness file and serve a statement of the subject matter on which such witness shall testify, the substance of the facts and opinions to which such witness is expected to testify, and a summary of grounds for each opinion. If one party so designates any such witness, then the other party may designate an expert or Rule 701 witness 7 days before trial provided the foregoing requirements are also complied with at that time.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Seven (7)** calendar days prior to the trial, each party shall file with the Court and serve on opposing parties proposed detailed Findings of Fact and Conclusions of Law. Conclusions of Law must cite authority and must at the outset state this Court's jurisdiction. A trial brief may be filed with the proposed Findings and Conclusions if desired, but the filing of such brief will not excuse the filing of draft proposed Findings and Conclusions. Any party not filing proposed Conclusions of Law or a brief may be found to have waived legal issues not thereby presented. Any party not filing proposed Findings of Fact may be found to have withdrawn any dispute as to fact findings proposed by the other side.

## TRIAL DATE

Trial is set for **January 3, 2017, starting at 1:30 p.m. and January 4, 2017, starting at 2:00 p.m**. Trial will be held in courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

## SANCTIONS FOR NON-COMPLIANCE

Failure to comply with any portion of this Order may result in appropriate sanctions under Fed. R. Civ. P. 16 (Fed. R. Bankr. P. 7016) unless non-compliance is excused for good cause.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 2nd day of December 2016.

Case No. 15 B 05998
In re: Pavel Savenok
last updated 5/5/16

## CERTIFICATE OF SERVICE

I, Dorothy Clay, certify that on _December 2, 2016_, I caused to be served copies of the foregoing document to the following by either U.S. Mail or electronic mail to those who have consented to such service.

_____
Judicial Assistant/Deputy Clerk

Case No. 15 B 05998
In re: Pavel Savenok
last updated 5/5/16

## SERVICE LIST

**Electronic Service through CM/ECF System**

Joshua D. Greene
Springer Brown, LLC
400 South County Farm Rd.
Suite 330
Wheaton, IL 60187
Counsel for Debtor

Rue K Toland
Lisa Holl Chang
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606
Counsel for Thornwell AMP, LLC

Deborah S Ashen
Law Offices of Deborah S. Ashen, LTD.
217 N Jefferson Ste 600
Chicago, IL 60661
Counsel for Wheaton Bank & Trust Company

Bradley Block
Law Offices of Bradley Block
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062
Counsel for EL Funding Partnership LLC,
    Alex Loyfton, and Alexander Etman

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Sarah E Willms
Manley Deas Kochalski LLC
251 E. Ohio Street
Indianapolis, IN 46204
Counsel for US Bank N.A.

Jeffrey S Jacobovitz
Arnall Golden Gregory LLP
1775 Pennsylvania Avenue NW
Suite 1000
Washington, DC 20006
Counsel for Thornwell AMP, LLC

Benjamin C Butler
Collins, Bargione & Vuckovich
1 North LaSalle St., Suite 300
Chicago, IL 60602
Counsel for Ventcho Pantchev

John R Potts
Brotschul Potts LLC
230 West Monroe Street
Chicago, IL 60606
Counsel for First Community Financial Bank

Michael Kelly
United States Attorney's Office (NDIL)
219 S. Dearborn
Suite 500
Chicago, IL 60604
Counsel for United States of America
    Small Business Administration

Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028
Counsel for Nationstar Mortgage LLC

Tyler Ferguson
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
Counsel for Thornwell AMP, LLC