# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter:  11 |
| | ) | |
| | ) | Case No.  15-5998 |
| Pavel Savenok, | ) | |
| | ) | Judge:  Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION FOR ENTRY OF FINAL DECREE

TO:   See attached Service List

Please take notice that on **February 7, 2017** at **10:00 a.m.**, I shall appear before the Honorable Judge **Jack B. Schmetterer**, or any judge sitting in his place and stead, in **Courtroom No. 682** in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at **219 South Dearborn St., Chicago, Illinois**, and present Debtor's *Motion for Entry of Final Decree*, a copy of which is hereby served upon you.

Joshua D. Greene
**Springer Brown, LLC**
300 South County Farm Rd., Suite I
Wheaton, IL 60187
630-510-0000
Fax: (630) 510-0004

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on **January 27, 2017**.

/s/ Joshua D. Greene /s/

## Service List

*Via Electronic Service*

Unites States Trustee
Patrick S. Layng
219 South Dearborn St.
Suite 873
Chicago, Illinois 60604

Rue K Toland
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606.
rtoland@mayerbrown.com

John R Potts
Brotschul Potts LLC
230 West Monroe Street
Chicago, IL 60606
ryan@brotschulpotts.com

Deborah S Ashen
Law Offices of Deborah S. Ashen, LTD.
217 N Jefferson Ste 600
Chicago, IL 60661
dsa@ashenlaw.com

Bradley Block
Law Offices of Bradley Block
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062
brad.block@bradblocklaw.com

Benjamin C Butler
Collins, Bargione & Vuckovich
1 North LaSalle St., Suite 300
Chicago, IL 60602
bbutler@cb-law.com

Shara C Cornell
Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028
amps@manleydeas.com

Lisa Holl Chang
Mayer Brown LLP
71 S. Wacker St.
Chicago, IL 60606
lhollchang@mayerbrown.com

Michael Kelly
United States Attorney's Office (NDIL)
219 S. Dearborn
Suite 500
Chicago, IL 60604
michael.kelly@usdoj.gov

Sarah E Willms
Manley Deas Kochalski LLC
251 E. Ohio Street
Indianapolis, IN 46204
amps@manleydeas.com

Tyler Ferguson
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Jeffrey S. Jacobovitz
Arnall Golden Gregory LLP
1775 Pennsylvania Avenue NW
Suite 1000
Washington, DC 20006

*Via U.S. Mail*

Pavel Savenok
102 E. Farnham Ln.
Wheaton, IL 60189

EL Funding Partnership LLC
4117 West Oakton St.
Skokie, IL 60076

First Community Financial Bank
14150 S. US Route 30
Plainfield, IL 60544

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn St., 7th Floor
Chicago, IL 60604

2

1775 Pennsylvania Ave.,
NW, Suite 100
Washington, DC 20006

American Honda Finance
P.O. Box 168088
Irving, TX 75016

Bank of America
P.O. Box 982238
El Paso, TX 79998

Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998

Blitt and Gaines PC
For Discover Bank
661 Glenn Ave.
Wheeling, IL 60090

Cardmember Services
P.O. Box 15153
Wilmington, DE 19886

Community Bank-
Wheaton/Glen Ellyn
100 N. Wheaton Ave.
Wheaton, IL 60187

David J. Boersma
1776A S. Naperville Rd.
Suite 103
Wheaton, IL 60189

Dept. of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Discover
P.O. Box 6103
Carol Stream, IL 60197

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH 43054

Discover Financial
Services, LLC
P.O. Box 3025
New Albany, OH 43054

EL Funding Partnership
LLC EL Funding
Partnership Alex Loyfman
and Alexander Etman
Bradley Block Law Offices
of Bradley
707 Skokie Blvd. Ste. 600
Northbrook, IL 60062

First Community Financial
Bank
Plainfield
14150 S. US Hwy 30
Plainfield, IL 60544

Illinois Department of
Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Irving, TX 75063

Nationstar Mortgage LLC
Manley Deas Kochalski
LLC
P.O. Box 165028
Columbus, OH 43216

Peregrine Stime Newman
Ritzman & Bruckner
For Community Bank-
Wheaton/Glen Ellyn
P.O. Box 564
Wheaton, IL 60187

Potestivo & Associates,
P.C.
For Nationstar Mortgage
223 W. Jackson Blvd., Ste.
610
Chicago, IL 60606

Sickich
1415 W. Diehl Rd., Ste.
400
Naperville, IL 60563

Small Business Grown
Corp. LLC
Attn: Nancy Anderson
2401 West White Oaks
Drive
Springfield, IL 62704

TD Bank USA NA
c/o Freedman Anselmo
1771 W. Diehl Rd., Ste.
150
Naperville, IL 60563

TD Bank USA NA
Target Credit
P.O. Box 673
Minneapolis, MN 55440

Thornwell AMP LLC
c/o Jeffrey S. Jacobovitz
Esq.
Arnall Golden Gregory
LLP
1775 Pennsylvania Ave.,
Ste. 1000
Washington, DC 20006

3

Thornwell AMP, LLC
15504 85th Ave. E
Puyallup, WA 98375

U.S. Small Business Admin.
c/o Kate O'Loughlin
500 W. Madison St., #1150
Chicago, IL 6066

US Bank National Association
as Trustee for Structured Asset Invstmnt
Nationstar Mortgage LLC
Attn: Bankruptcy Department

P.O. Box 619096
Dallas, TX 75261

West Suburban Bank
711 S. Westmore/Meyers Rd.
Lombard, IL 60148

Alex Loyfton
4117 West Oakton Street
Skokie, IL 600

Alexander Etman
933 Sheridan Road
Highland Park, IL 60035

Wheaton Bank
Ashen/Faulkner
217 N. Jefferson St., Ste. 601
Chicago, IL 60661

Ventcho Panctchev
c/o Benjamin Butler
Collins Bargione & Vuckovich
One North LaSalle Street, Suite 300
Chicago, IL 60602

Internal Revenue Service
Mail Stop 501CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 15-5998 |
| Pavel Savenok, | ) | | |
| | ) | Judge: | Hon. Jack B. Schmetterer |
| | ) | | |
| Debtor. | ) | | |

## MOTION FOR FINAL DECREE

NOW COMES the Debtor, Pavel Savenok ("Debtor"), by and through his counsel Joshua D. Greene and the law firm of Springer Brown, LLC, pursuant to Federal Rule of Bankruptcy Procedure 3022 and requests that the court enter an order closing the bankruptcy case. In support of this Motion, the Debtor states as follows:

### Background

1. This case was commenced on February 23, 2015 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2. The Debtor has continued to manage his business and assets and to administer the affairs of his estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to one or more sections of 28 U.S.C. §157(b).

4. On January 3, 2017, the court entered an order confirming the Debtor's Fourth Amended Plan of Reorganization and approving the adequacy of the Debtor's Fourth Amended Disclosure Statement.

5. The Debtor has filed with the court a status report indicating that the Debtor has

made all initial payments required under his Plan and is currently executing his confirmed Plan.

### **Relief Requested**

7.      Federal Rule of Bankruptcy Procedure 3022 provides that "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022. The advisory committee comments to Rule 3022 additionally state that "Entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed."

8.      Debtor requests entry of an order closing the bankruptcy case. There are no pending contested matters for the court to resolve and closing the case will allow the estate to save substantial sums on administrative costs, including attorney's fees and quarterly fees. Pursuant to the terms of the Plan, once the payments are complete, the Debtor will seek to reopen the case to have his discharge order entered.

**WHEREFORE**, the Debtor requests the entry of an order closing the bankruptcy case, and granting such other and further relief as this court deems just and proper.

> Respectfully submitted,
> Pavel Savenok
>
>
> By:  /s/ Joshua D. Greene
>        One of his Attorneys

Joshua D. Greene
**Springer Brown, LLC**
300 South County Farm Rd.
Suite I
Wheaton, Illinois 60187
Phone: (630) 510-0000
Fax: (630) 510-0004
jgreene@springerbrown.com