UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-5998 |
| | ) | |
| PAVEL SANENOK | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR FINAL DECREE

      This cause coming to be heard on the Motion of Debtor in possession, Pavel Savenok for entry of a final decree closing the above-referenced bankruptcy proceeding (the "Motion), due written notice of the Motion having been given to all parties entitled thereto, and the court being fully advised in the premises:

IT IS HEREBY ORDERED:

  1. The Motion is Granted;
2. The bankruptcy case of Pavel Savenok, Case No. 15-5998 is closed.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  February 07, 2017

**Prepared by:**

Joshua Greene
Springer Brown, LLC
300 S. County Farm Rd., Suite I
Wheaton, IL 60187
(630) 510-0000